UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :        21cr0019 (DLC)
                                      :
            -v-                       :        ORDER
                                      :
TRISTAN ROWE, a/k/a "Angus,"          :
                                      :
                      Defendant.      :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

     The above-captioned case was assigned to this Court on
January 12, 2021.  The defendant is out on bail and resides in
Tennessee.  The Court has been advised that the defendant
prefers that the appearance in this matter occur remotely as
opposed to an in-person proceeding.  It is hereby

     ORDERED that the arraignment is scheduled **January 15, 2021**
at **2 p.m.** and shall proceed via the Microsoft Teams
videoconference platform, if that platform is reasonably
available.  A trial date will be set at that time.  To access
the conference, paste the following link into your browser:

https://teams.microsoft.com/l/meetup-
join/19%3ameeting_YzAzNjY2MWQtYzExOS00NTdlLWI4OGMtNjIwODlOWM3Mm
Q5%40thread.v2/0?context=%7b%22Tid%22%3a%221d66f037-8266-4d1c-
919c-67c6543d3542%22%2c%22Oid%22%3a%2220b3b4ec-1ef6-4484-88f4-
2126fecd52fa%22%7d.

To use this link, you may need to download software to use the platform's videoconferencing features.[1]  Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link above. Defense counsel shall assist the defendant in testing his videoconference capability so that the defendant can participate by videoconference if that is feasible.

Users who are unable to download the Microsoft Teams application may access the meeting through an internet browser, although downloading the Teams application is highly recommended.[2]  When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins. Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Microsoft Teams.  For general guidelines for participation in remote conferences, visit https://nysd.uscourts.gov/covid-19-coronavirus.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Microsoft Teams

---

[1] See Microsoft, Download Microsoft Teams (last visited Dec. 7, 2020), https://www.microsoft.com/en-us/microsoft-365/microsoft-teams/download-app.

[2] Please note that participants who access the Teams meeting using an internet browser may only be able to view one participant at a time.

may access the conference's audio using the following
credentials:

    Call-in number:    +1 917-933-2166

    Conference ID:    755 941 612#

    IT IS FURTHER ORDERED that by **Thursday, January 14, 2021**,
defense counsel shall file a letter informing the Court whether
counsel and the defendant have successfully tested Microsoft
Teams.  If the defendant and counsel are unable to successfully
test Microsoft Teams, defense counsel shall advise the Court
whether the defendant consents to proceeding with a telephone
conference or whether the defendant requires the proceeding to
occur in person.


Dated:    New York, New York
        January 13, 2021

                        DENISE COTE
           United States District Judge