**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 25, 2021

**VIA ECF**

**MEMO ENDORSED**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Tristan Rowe,* 21 CR 19 (DLC)

Dear Judge Cote:

I write with the consent of the Government to request a modification of Mr. Rowe's bail conditions to allow him to review the discovery in this matter. Mr. Rowe's current bail conditions prohibit access to internet-accessible devices. I am requesting the following modification: *Mr. Rowe is permitted to access a computer under the supervision of his parents in order to review discovery.*

Thank you for your consideration of this request.

Respectfully submitted,

Tamara L. Giwa
Counsel for Tristan Rowe
Federal Defenders of New York
(917) 890-9729

Cc:   AUSA Dina McLeod (via ECF)
      AUSA David Abramowicz (via ECF)

Granted.
So Ordered: 1/25/2021

DENISE COTE
United States District Judge