# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

October 28, 2021

**VIA ECF**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Tristan Rowe*, 21 CR 19 (DLC)

Dear Judge Cote:

I write with the consent of the government to respectfully request an adjournment of approximately 45 days of Mr. Rowe's sentencing hearing, currently scheduled for December 10, 2021. I will be starting a trial before Judge Preska on November 8, 2021, that is expected to last four weeks. An adjournment would allow me to effectively prepare for Mr. Rowe's sentencing.

Respectfully submitted,

Tamara L. Giwa
Counsel for Tristan Rowe
Federal Defenders of New York
(917) 890-9729

Cc: AUSA Dina McLeod (via ECF)

*Denied.*

*Denise Cote*
*10/29/21*