UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

UNITED STATES OF AMERICA              :    **TRANSPORTATION ORDER**

        - v -                         :    21 Cr. 19 (DLC)

TRISTAN ROWE,                         :

                    Defendant.        :

----------------------------------x

　　　　Upon the application of **Tristan Rowe**, by his
attorney, **Tamara Giwa, Esq.**, Federal Defenders of New York,
pursuant to 18 U.S.C. § 4285, and upon a finding of indigence
and in the interests of justice, it is hereby

　　　　**ORDERED** that the United States Marshals Service furnish
Tristan Rowe with funds to cover the cost of travel between
Nashville, Tennessee and New York, New York in advance of his
sentencing on December 10, 2021 at 2:00pm, as well as Mr. Rowe's
return trip to Nashville, Tennessee after his court appearance is
complete;

　　　　**ORDERED** that Mr. Rowe's flight to New York depart on December
10, 2021 and arrive no later than 11:30AM that day;

　　　　**ORDERED** that Mr. Rowe's return flight to Nashville depart after
5PM on December 10, 2021.

　　　　**ORDERED** that the aforesaid expenses shall be paid by the
United States Marshals Service.

　　　　**ORDERED** that the United States Marshals Service provide Mr. Rowe
with his flight itinerary by November 26, 2021;

**ORDERED** that the Marshals purchase a ticket for a flight for which seats are unassigned, OR purchase a ticket for a seat with an unreserved seat available for purchase directly next to either side of Mr. Rowe.

Dated:   New York, New York
         November  18 , 2021

_____
HON. DENISE L. COTE, USDJ