# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 15, 2021

**VIA ECF**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Tristan Rowe*, 21 CR 19 (DLC)

Dear Judge Cote:

    I write with the consent of the government to respectfully request that the defense sentencing submissions (ECF # 41 and 42) be placed, and remain, under restricted access. In advance of Mr. Rowe's sentencing, I inadvertently filed unredacted versions of the letters on the docket. Both submissions contain detailed and sensitive information about Mr. Rowe's medical diagnoses and treatment. Granting restricted access of the documents to just the Court and the parties would protect Mr. Rowe's privacy related to his medical conditions.

    Thank you for your consideration of this request.

Respectfully submitted,

Granted.
/s/ Denise Cote
12/15/21

Tamara L. Giwa
Counsel for Tristan Rowe
Federal Defenders of New York
(917) 890-9729

Cc:    AUSA Dina McLeod (via ECF)
        AUSA David Abramowicz (via ECF)