```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
                -v-                      :       21cr19 (DLC)
                                         :
TRISTAN ROWE,                            :          ORDER
                                         :
                        Defendant.       :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

    The defendant is on Probation and submitting periodic reports to the Court. It is hereby

    ORDERED that the Probation Department shall by September 23, 2022, provide a status report to the Court and the parties regarding the defendant's progress in obtaining his high school equivalence certificate and employment.

Dated:    New York, New York
           September 2, 2022

                                        DENISE COTE
                                United States District Judge